IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:12-CR-00283-2-BCW |
| | ) | |
| ALVIN DIXON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. #258) denying Defendant's Motion to Suppress (Doc. #152). Defendant filed objections to the Report and Recommendation. See #287. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate Judge Maughmer's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Magistrate Judge Maughmer's Report and Recommendation (Doc. #258) shall be attached to and made part of this Order, and the Court denies Defendant's Motion to Suppress (Doc. #152).

IT IS SO ORDERED.

DATED: January 2, 2014            /s/ Brian C. Wimes
                                                         JUDGE BRIAN C. WIMES
                                                         UNITED STATES DISTRICT COURT